WARREN H. TOOLE, WARREN H. TOOLE, JR., and GORDON TOOLE, Individually and as a Copartnership doing business as W. H. Toole & Sons; CHARLES J. EICHELBERGER and CORDIE EICHELBERGER, Individually and as a Copartnership Doing Business as Eichelberger & Company, E. F. MOOREHOUSE, O. L. SCHULSTAD, L. T. SAMMONS, E. W. HENSLEY, S. H. MORRE, OSCAR AYLA, CHARLES E. BALL, D. A. CALEY, A. J. SIMMS, W. H. WELLS, M. F. ZERFACE, OTTO K. JOHNSON, MARIE E. BIXBY, and M. W. LAW, v. CITY OF TAMPA.

196 So. 430
En Banc
Opinion Filed May 21, 1940

*Henry H. Cole*, for Appellants;

*Alonzo B. McMullen* and *Ralph A. Marsicano*, for Appellee.

PER CURIAM.—In this cause Mr. Chief Justice TERRELL, Mr. Justice WHITFIELD and Mr. Justice CHAPMAN are of the opinion that the decree in this cause should be affirmed while Mr. Justice BROWN, Mr. Justice BUFORD and Mr. Justice THOMAS are of the opinion that the said decree should be reversed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether

the decree should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court, the decree should be affirmed; therefore, it is considered, ordered and adjudged under the authority of State *ex rel.* Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the decree of the circuit court in this cause be and the same is hereby affirmed.

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.